UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

CORY NELSON, TERRON CAMPBELL, JOSHUA CORKE, TYPHANEE BRYANT, JACLYN LIFSHITZ, SAMUEL SCOTT,

                      Plaintiffs,

                -against-

Detective WALIUR RAHMAN, Shield No. 6428; Sergeant JOHN PARENTE, Shield No. 2431; Captain ANDREW VALENZANO; Captain GREGORY STEWART; Sergeant LUTFI DALIPI; Detective CHRISTOPHER SCHILLING; Detective JAMES ELLERBE; Sergeant ROBERT MALONEY; Captain FERNANDO GUIMARES; and JOHN and JANE DOE 1 through 10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                      Defendants.

-----------------------------------------------------------------x

[PROPOSED] ORDER

15 CV 4988 (KAM) (PK)

NOW, on motion of plaintiffs' attorney, it is

    ORDERED, that the following documents, or an affidavit from a custodian of records or other person with actual knowledge outlining the search conducted for the document, be produced by _____:

    <u>As to the New York City Police Department:</u>
        1. Omniform Complaint Report as to each plaintiff;
        2. Draft "Scratch" copies of the online booking sheets and complaint reports as to each plaintiff;

3. Post-Execution Warrant Recovery Reports as to Search Warrant nos. 724/14, 732/14 and 719/14;
   4. Search Warrant Inventories as to Search Warrants nos. 724/14 and 732/14;
   5. Field Test associated with Joshua Corke's arrest;
   6. Evidence Voucher associated with Joshua Corke's arrest; and
   7. Field Test associated with Typhanee Bryant's arrest.

As to the Kings County District Attorney's Office:
   1. Dismissal Memo associated with the conclusion of Samuel Scott's prosecution.

Dated: _____, 2016
Brooklyn, New York

_____
Honorable Peggy Kuo
United States Magistrate Judge